# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| LASHASTA WEAVER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV612-017 |
| ) | |
| EAGLE TRANSPORT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiffs have stipulated to dismissal of all served parties in this case. Docs. 10 & 11. Their counsel informed the Deputy Clerk that this closes out the case. Accordingly, the Clerk shall **CLOSE** this case.

**SO ORDERED** this <u>26th</u> day of June, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA