# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| LASHASTA WEAVER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EAGLE TRANSPORT )<br>CORPORATION, )<br>)<br>Defendant. ) | Case No. CV612-017 |

## ORDER

Plaintiffs have stipulated to dismissal of all served parties in this case. Docs. 10 & 11. Their counsel informed the Deputy Clerk that this closes out the case. Accordingly, the Clerk shall **CLOSE** this case.

**SO ORDERED** this  26th  day of June, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA